```
            IN THE UNITED STATED DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

PATRICIA N. HUMPHRIES                                    PLAINTIFF

VS.                           CIVIL ACTION NO. 5:06-cv-2(DCB)(JMR)

THE KROGER COMPANY and
VERNON HUNTER                                           DEFENDANTS

## ORDER OF REMAND

This cause having come before the Court on the plaintiff Patricia N. Humphries' motion to remand, and the Court having granted the motion in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED that this cause is remanded to the Circuit Court of Warren County, Mississippi.

SO ORDERED, this the 15th day of February, 2007.

```
                              S/DAVID BRAMLETTE
                              UNITED STATES DISTRICT JUDGE
```